IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:06-CR-00042-KDB-DSC

| | |
|---|---|
| USA | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| DONTA MIGUEL MILLER | ) |
| | ) |

**THIS MATTER** is before the Court on the defendant's pro se pleading which can most liberally be read as a motion to appoint counsel to investigate unspecified relief under the First Step Act of 2018. (Doc. No. 33).

Considering the defendant's convictions for possession of a firearm, in and affecting interstate commerce by a convicted felon in violation of 18 U.S.C. § 922(g)(1) and § 924(e), (Doc. No. 19: Judgment at 1), the defendant is not eligible for a sentence reduction under the Act, § 404(b), (c), Pub. L. 115-135 (2018) (relating to drug trafficking sentences).

**IT IS, THEREFORE, ORDERED** that the defendant's motion is **DENIED** without prejudice to raise specific claims on his own.

Signed: November 4, 2019

Kenneth D. Bell
United States District Judge